UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TONY VITRANO COMPANY            :
                                :
            Plaintiff            :
                                :
    v.                          :   Civil No. 1:06CV01922 (ESH)
                                :
JOHN KALIVRETENOS & BRO., INC. et al  :
                                :
            Defendants           :

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, plaintiff, Tony Vitrano Company, by and through counsel, certifies that it is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 15th day of November, 2006.

                Respectfully submitted

                McCARRON & DIESS


                By: s/ Mary Jean Fassett
                Mary Jean Fassett, Bar #414169
                4900 Massachusetts Avenue, N.W., Suite 310
                Washington, D.C. 20016
                Tel. (202) 364-0400
                Fax. (202) 364-2731
                mjf@mccarronlaw.com

                Attorneys for Plaintiff