UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY VITRANO COMPANY | : |
| Plaintiff | : |
| v. | : Civil No. 1:06CV01922 (ESH) |
| JOHN KALIVRETENOS & BRO., INC. et al | : |
| Defendants | : |

**NOTICE OF VOLUNTARY DISMISSAL**

To the Court Clerk:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Tony Vitrano Company, hereby dismisses this action as to all defendants.

Dated this 21st day of November, 2006.

        Respectfully submitted,

        s/ Mary Jean Fassett
        Mary Jean Fassett, #414169
        McCARRON & DIESS
        4900 Massachusetts Ave., N.W.
        Suite 310
        Washington, D.C.  20016
        Tel. (202) 364-0400
        Fax (202) 364-2731
        mjf@mccarronlaw.com

        Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was sent via first-class mail this 21st day of November, 2006 to the following:

John Kalivretenos & Bro., Inc.
c/o Louis N. Nichols, Esq., Registered Agent
7219 Western Avenue, NW
Washington, D.C. 20015

John A. Kalivretenos
3635 Solomons Island Road
Harwood, Maryland 20776

Louis N. Nichols
7219 Western Avenue, N.W.
Washington, D.C. 20015

George A. Kalivretenos
3633 Solomons Island Road
Harwood, Maryland 20776

                                      <u>s/Mary Jean Fassett</u>
                                      Mary Jean Fassett